IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDALL D. KEYS,

    Petitioner,

v.                                                            CASE NO. 5:07-cv-00007-RS-AK

JAMES MCDONOUGH,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

By prior order, Petitioner was directed to show cause why this cause should not be dismissed for failure to prosecute and to obey an order of this Court after he failed to pay the $5.00 filing fee when IFP status was denied. Doc. 14. To date, Petitioner has not complied with the show cause order, paid the filing fee, or otherwise contacted the Court seeking any extension of time.

Under those circumstances, the Court has no hesitation in recommending that this cause be dismissed.

In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to obey an order of this Court and for failure to prosecute this action.

**IN CHAMBERS** at Gainesville, Florida, this *15th* day of May, 2007.

                                                   *s/ A. KORNBLUM*
                                                 **ALLAN KORNBLUM**
                                                 **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**