IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDALL D. KEYS,

    Petitioner,

vs.                                    CASE NO. 5:07cv07/RS

JAMES McDONOUGH,

    Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 15). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to obey an order of this Court.

3. The clerk is directed to close the file.

ORDERED on June 12, 2007

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**